# OKLAHOMA
# INSURANCE
# DEPARTMENT

Insurance Commissioner, Glen Mulready

400 NE 50ᵗʰ Street       405.521.2746    405.522.0125
Oklahoma City, OK 73105    oid.ok.gov

Legal Division

March      7, 2022


STATE FARM FIRE AND CASUALTY COMP
COMPANY
ONE STATE FARM PLAZA
BLOOMINGTON      IL  61710


RE:  CJ2237
     In the District Court in WASHINGTON
     State of Oklahoma
     PAUL D. GREENE
            vs
     STATE FARM FIRE AND CASUALTY COMP
     COMPANY

Dear Sir or Madam:

Enclosed is a copy of the above captioned summons
served on the Insurance Commissioner as designated agent
for service of process of foreign insurance companies doing
business in the State of Oklahoma (36 O.S. section 621(B)).

Sincerely,

GLEN MULREADY
Insurance Commissioner


Maria Torres              Legal Department


                          dp/enclosure



CORPORATION SERVICE COMPANY
10300 GREENBRIAR PLACE
OKLAHOMA CITY   OK  73159

EXHIBIT 2