ORIGINAL SUMMONS  7688

**IN THE DISTRICT COURT OF WASHINGTON COUNTY
STATE OF OKLAHOMA, 420 S. JOHNSTONE AVE., BARTLESVILLE, OKLAHOMA 74003**

03102022

PAUL D. GREENE,
                           Plaintiff(s)

vs.

STATE FARM FIRE and CASUALTY COMPANY
                           Defendant(s)

Case No. CJ-22-37

Attorney(s) for Plaintiff(s)
Name Frank W Frasier, OBA #17864
Address FRASIER, FRASIER & HICKMAN, LLP
1700 Southwest Boulevard
Tulsa, OK 74107-1730
Telephone (918) 584-4724

OKLAHOMA INSURANCE DEPARTMENT RECEIVED MAR 07 2022 LEGAL DIVISION

To the above-named Defendant(s)

State Farm Fire and Casualty Company
c/o Glen Mulready, Commissioner
Oklahoma Insurance Department
400 NE 50th Street
Oklahoma City, OK 73105

CERTIFIED MAIL
Appointed to serve, PSL#

_Frank Frasier_
Authorized by

    You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the Court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

    Issued this 22 day of Feb, 2022

Jill Spitzer, Court Clerk

**Jean Davis**

By: _____
      Deputy Court Clerk

(Seal)

This summons and order was served on _____
                                            (date of service)

_____
(Signature of person serving summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.**

**Return ORIGINAL for filing.**

EXHIBIT 3