**ORIGINAL SUMMONS** **ORIGINAL**
Return To Court Clerk

IN THE DISTRICT COURT OF WASHINGTON COUNTY
STATE OF OKLAHOMA, 420 S. JOHNSTONE AVE., BARTLESVILLE, OKLAHOMA 74003

PAUL D. GREENE,
　　　　　　　　　Plaintiff(s)

vs.

STATE FARM FIRE and CASUALTY COMPANY
　　　　　　　　　Defendant(s)

Case No. CJ-2022-37

Attorney(s) for Plaintiff(s)
Name Frank W Frasier, OBA #17864
Address FRASIER, FRASIER & HICKMAN, LLP
　　　　1700 Southwest Boulevard
　　　　Tulsa, OK 74107-1730
Telephone (918) 584-4724

DISTRICT COURT WASHINGTON CO OK
JILL L. SPITZER, COURT CLERK
MAR 17 2022
BY Glenda Bull DEPUTY

To the above-named Defendant(s)

State Farm Fire and Casualty Company
c/o Glen Mulready, Commissioner
Oklahoma Insurance Department
400 NE 50th Street
Oklahoma City, OK 73105

CERTIFIED MAIL
Appointed to serve, PSL# _____

_____
Authorized by

　　You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the Court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

　　Issued this __22__ day of __February__, 2022

Jill Spitzer, Court Clerk

By: _____
　　　Deputy Court Clerk

(Seal)

This summons and order was served on __4 March 2022__.
　　　　　　　　　　　　　　　　　　　　(date of service)

_____
Kathy Schrader
(Signature of person serving summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.**

**Return ORIGINAL for filing.**

EXHIBIT 4

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 2280 0001 7605 9784

For delivery
Certified Mail
$
Extra Services
☐ Return Rece
☐ Return Rece
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $
Postage
$

Paul D. Greene & Michelle S. Greene, #22-2033
Summons, Petition & Pls' 1st Discovery Requests
02/28/22 - KES

Here

Glen Mulready, Commissioner
State Insurance Department
400 NE 50th St.
Oklahoma City, OK 73105

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Glen Mulready, Commissioner
State Insurance Department
400 NE 50th St.
Oklahoma City, OK 73105

9590 9402 5424 9189 3607 13

2. Article Number (Transfer from service label)
7019 2280 0001 7605 9784

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

RECEIVED
FRONT DESK
MAR 0 4 2022
OKLAHOMA INSURANCE DEPT.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

# RETURN/AFFIDAVIT OF SERVICE

## IN THE DISTRICT COURT OF WASHINGTON COUNTY
## STATE OF OKLAHOMA

PAUL D. GREENE,
                    Plaintiff(s)

vs.

STATE FARM FIRE and CASUALTY COMPANY
                    Defendant(s)

Case No. _____ CJ-2022-37 _____

Attorney(s) for Plaintiff(s)
Name Frank W Frasier, OBA #17864
Address FRASIER, FRASIER & HICKMAN, LLP
        1700 Southwest Boulevard
        Tulsa, OK 74107-1730
Telephone (918) 584-4724

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition and Plaintiff's First Discovery Request attached to the following named Defendant at the address shown by certified mail, addressee only, return receipt requested, on the 28th day of February, 2022, and receipt thereof on the dates shown:

| Defendant | Address Where Served | Date Receipted |
|---|---|---|
| State Farm Fire and Casualty Company c/o Glen Mulready, Commissioner Oklahoma Insurance Department | 400 NE 50th Street Oklahoma City, OK 73105 | 4 March 2022 |

*Kathy Schrader* (signature)
Signature of person mailing summons

Kathy Schrader
Printed Name

\\FFH-VM-DC\Company\Clients\OPEN\Kathy\FWF\GREENE, Paul D. (22-2033)\affidavit - return of service on State Farm.wpd