

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR <u>WASHINGTON COUNTY</u>, OKLAHOMA

| | |
|---|---|
| AND, ET. AL. V. STATE FARM FIRE & CASUALTY, ET. AL. | No. CJ-2022-00037<br>(Civil relief more than $10,000: BREACH OF CONTRACT)<br><br>Filed: 02/22/2022<br><br><br>Judge: VACLAW, RUSSELL C |

## PARTIES

STATE FARM FIRE & CASUALTY, Defendant
GREENE,  PAUL  D, Plaintiff
COMPANY, Defendant
AND, Plaintiff
GREENE,  MICHELLE  S, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| FRASIER, FRANK W<br>1700 SOUTHWEST BOULEVARD<br>TULSA , OK 74107 | |

## EVENTS

None

## ISSUES

**1.**  BREACH OF CONTRACT

## DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|

EXHIBIT 5

| | | |
|---|---|---|
| **02-22-2022** | **[ TEXT ]** | $ 163.00 |
| | FILE AND ENTER PETITION(JAD) | |
| | Document Available (#CC22022200000437) 🗎TIFF 📕PDF | |
| | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | $ 25.00 |
| | (Entry with fee only) | $ 6.00 |
| | (Entry with fee only) | $ 7.00 |
| | LENGTHY TRIAL FUND | $ 10.00 |
| | OK COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| | 10% OF CASA TO COURT CLERK REVOLVING FUND | $ 0.50 |
| | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| | 10% OF COJC TO COURT CLERK REVOLVING FUND | $ 0.16 |
| | COURTHOUSE SECURITY FEE | $ 10.00 |
| | 10% OF CHSC TO COURT CLERK REVOLVING FUND | $ 1.00 |
| | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | $ 0.45 |
| | 15% TO DISTRICT COURT REVOLVING FUND | $ 2.48 |
| | COURT CLERK PRESERVATION FUND | $ 10.00 |
| **02-22-2022** | **[ TEXT ]** | $ 10.00 |
| | SUMMONS, ISSUED (RET'D TO ATTY FOR SVC)(JAD) | |
| | Document Available (#CC22022200000442) 🗎TIFF 📕PDF | |
| **03-11-2022** | **[ TEXT ]** | |
| | SUMMONS, RETD SERVED STATE FARM 3-4-22(JAD) | |
| | Document Available (#CC22031400000044) 🗎TIFF 📕PDF | |

/