## Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

| | | | |
|---|---|---|---|
| Insured: | Paul Greene | | |
| Property: | 301 Ridgecrest Court | | |
| | Bartlesville, OK 74006 | | |
| | | | |
| Claim Rep.: | Len Lenard | Business: | (940) 594-0821 |
| | | | |
| Estimator: | Matt Clark | Business: | (409) 350-1440 |
| Position: | Estimator | | |
| Company: | Ark Consultants | | |

**Claim Number:** 3606L748B          **Policy Number:** 36CEV1197          **Type of Loss:** <NONE>

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 7/8/2021 5:35 PM |

| | |
|---|---|
| Price List: | OKTU8X_JUN21 |
| | Restoration/Service/Remodel |
| Estimate: | VC-301RIDGECREST |

This is a preliminary estimate for discussion purposes only. We do hold the right to change or replace this estimate based on damages, code, repair method and any additional information that may come available.

EXHIBIT 6

### Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

**VC-301RIDGECREST**

Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Laminated - comp. shingle rfg. - w/ felt | 32.95 SQ | 48.37 | 0.00 | 318.76 | 1,912.55 | (0.00) | 1,912.55 |
| 2.  Laminated - comp. shingle rfg. - w/ felt | 38.00 SQ | 227.02 | 491.54 | 1,823.66 | 10,941.96 | (0.00) | 10,941.96 |
| 3.  Asphalt starter - peel and stick | 303.58 LF | 1.91 | 24.44 | 120.84 | 725.12 | (0.00) | 725.12 |
| 4.  Step flashing | 45.08 LF | 8.23 | 7.98 | 75.80 | 454.79 | (0.00) | 454.79 |
| 5.  Drip edge/gutter apron | 303.58 LF | 2.57 | 35.96 | 163.24 | 979.40 | (0.00) | 979.40 |
| 6.  Roof vent - turtle type - Metal | 8.00 EA | 57.35 | 14.88 | 94.74 | 568.42 | (0.00) | 568.42 |
| 7.  Flashing - pipe jack - lead | 8.00 EA | 77.45 | 42.61 | 132.44 | 794.65 | (0.00) | 794.65 |
| 8.  Ridge cap - composition shingles | 52.17 LF | 5.56 | 6.24 | 59.24 | 355.54 | (0.00) | 355.54 |
| 9.  Continuous ridge vent - shingle-over style | 50.00 LF | 8.41 | 20.13 | 88.12 | 528.75 | (0.00) | 528.75 |
| 10.  Digital satellite system - Detach & reset | 1.00 EA | 34.34 | 0.00 | 6.86 | 41.20 | (0.00) | 41.20 |
| **Totals:  Roof** | | | **643.78** | **2,883.70** | **17,302.38** | **0.00** | **17,302.38** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 11.  Gutter / downspout - aluminum - up to 5" | 172.00 LF | 6.95 | 72.99 | 253.68 | 1,522.07 | (0.00) | 1,522.07 |
| 12.  Exterior double door - alder - paneled | 1.00 EA | 1,828.66 | 189.90 | 403.72 | 2,422.28 | (0.00) | 2,422.28 |
| 13.  Exterior door - solid alder - paneled - slab only | 1.00 EA | 807.69 | 81.08 | 177.76 | 1,066.53 | (0.00) | 1,066.53 |
| 14.  Vinyl inside corner post | 72.50 LF | 5.30 | 14.34 | 79.72 | 478.32 | (0.00) | 478.32 |
| 15.  Vinyl outside corner post | 123.83 LF | 6.15 | 36.60 | 159.64 | 957.79 | (0.00) | 957.79 |
| 16.  Vinyl J trim | 486.00 LF | 3.65 | 37.45 | 362.28 | 2,173.63 | (0.00) | 2,173.63 |
| 17.  Fascia - metal - 6" | 106.08 LF | 4.64 | 22.81 | 103.00 | 618.02 | (0.00) | 618.02 |
| 18.  Wrap custom fascia with aluminum (PER LF) | 197.50 LF | 12.50 | 49.97 | 503.76 | 3,022.48 | (0.00) | 3,022.48 |
| 19.  Soffit - vinyl | 394.00 SF | 4.90 | 97.87 | 405.70 | 2,434.17 | (0.00) | 2,434.17 |
| 20.  Siding - vinyl | 3,557.00 SF | 0.38 | 0.00 | 270.34 | 1,622.00 | (0.00) | 1,622.00 |
| 21.  Rigid foam insulation board - 3/4" | 3,557.00 SF | 1.09 | 216.80 | 818.78 | 4,912.71 | (0.00) | 4,912.71 |
| 22.  Siding - vinyl | 3,914.00 SF | 3.55 | 792.19 | 2,937.38 | 17,624.27 | (0.00) | 17,624.27 |
| 23.  Clean stone veneer | 654.00 SF | 0.83 | 2.26 | 109.02 | 654.10 | (0.00) | 654.10 |
| 24.  Surveillance camera - color | 1.00 EA | 44.29 | 0.00 | 8.86 | 53.15 | (0.00) | 53.15 |
| 25.  Surveillance camera - color | 1.00 EA | 586.65 | 46.00 | 126.54 | 759.19 | (0.00) | 759.19 |
| 26.  Light fixture - wall sconce | 5.00 EA | 50.26 | 0.00 | 50.26 | 301.56 | (0.00) | 301.56 |
| 27.  Hanging light fixture | 1.00 EA | 50.26 | 0.00 | 10.06 | 60.32 | (0.00) | 60.32 |
| 28.  Spot light fixture - double - w/motion sensor | 2.00 EA | 74.62 | 0.00 | 29.84 | 179.08 | (0.00) | 179.08 |

VC-301RIDGECREST

## Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

### CONTINUED - Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 29.  Wood fence - board on board - 5'- 6' high - treated | 405.00 LF | 37.68 | 962.71 | 3,244.62 | 19,467.73 | (0.00) | 19,467.73 |
| 30.  Tree - removal - 12" to 24" diameter / large canopy | 4.00 EA | 999.66 | 0.00 | 799.72 | 4,798.36 | (0.00) | 4,798.36 |
| 31.  Stone veneer - natural stone | 150.00 SF | 46.31 | 6.73 | 1,390.64 | 8,343.87 | (0.00) | 8,343.87 |
| Stone Wall Around Pool | | | | | | | |
| 32.  Pool Repair Estimate (Beauty-Crete Inc.)* | 1.00 EA | 11,302.00 | 0.00 | 0.00 | 11,302.00 | (0.00) | 11,302.00 |
| 33.  Repair Deck Estimate (Beauty-crete Inc)* | 1.00 EA | 29,961.00 | 0.00 | 0.00 | 29,961.00 | (0.00) | 29,961.00 |
| **Totals:  Exterior** | | | **2,629.70** | **12,245.32** | **114,734.63** | **0.00** | **114,734.63** |

### 1st Floor



**Living Room**                                                                 Height: 8'

| 395.12  SF Walls | 302.83  SF Ceiling |
|---|---|
| 697.95  SF Walls & Ceiling | 302.83  SF Floor |
| 33.65  SY Flooring | 49.39  LF Floor Perimeter |
| 49.39  LF Ceil. Perimeter | |

| **Missing Wall** | **5' 4 15/16" X 8'** | **Opens into DINING_AREA** |
|---|---|---|
| **Missing Wall** | **14' 1" X 8'** | **Opens into DINING_AREA** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Ceiling | | | | | | | |
| 34.  5/8" drywall - hung, taped, ready for texture | 302.83 SF | 2.13 | 20.90 | 133.20 | 799.13 | (0.00) | 799.13 |
| 35.  Texture drywall - light hand texture | 302.83 SF | 0.47 | 1.74 | 28.80 | 172.87 | (0.00) | 172.87 |
| 36.  Seal floor or ceiling joist system | 302.83 SF | 1.02 | 7.66 | 63.32 | 379.87 | (0.00) | 379.87 |
| Per Benjamin Moore Proper Application includes; Clean Surface, Prime Surface, and Two Coats Of Topcoat | | | | | | | |
| 37.  Clean the ceiling | 302.83 SF | 0.33 | 0.35 | 20.06 | 120.34 | (0.00) | 120.34 |
| 38.  Seal the ceiling w/latex based stain blocker - one coat | 302.83 SF | 0.50 | 2.44 | 30.76 | 184.62 | (0.00) | 184.62 |
| 39.  Paint the ceiling - two coats | 302.83 SF | 0.80 | 6.97 | 49.86 | 299.09 | (0.00) | 299.09 |
| 40.  Ceiling fan & light | 1.00 EA | 178.98 | 0.00 | 35.80 | 214.78 | (0.00) | 214.78 |
| Wall | | | | | | | |
| 41.  Crown molding - 3 1/4" | 49.39 LF | 4.29 | 8.29 | 44.02 | 264.19 | (0.00) | 264.19 |

**Claim Advisors, LLC**

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

**CONTINUED - Living Room**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 42. Seal & paint crown molding - two coats | 49.39 LF | 1.25 | 0.74 | 12.48 | 74.96 | (0.00) | 74.96 |
| 43. Batt insulation - 4" - R15 - paper / foil faced | 395.12 SF | 1.28 | 35.90 | 108.32 | 649.98 | (0.00) | 649.98 |
| 44. 1/2" drywall - hung, taped, ready for texture | 395.12 SF | 2.01 | 23.63 | 163.56 | 981.38 | (0.00) | 981.38 |
| 45. Texture drywall - light hand texture | 395.12 SF | 0.47 | 2.27 | 37.60 | 225.58 | (0.00) | 225.58 |
| 46. Seal stud wall for odor control | 395.12 SF | 0.73 | 7.72 | 59.22 | 355.38 | (0.00) | 355.38 |
| Per Benjamin Moore Proper Application includes; Clean Surface, Prime Surface, and Two Coats Of Topcoat | | | | | | | |
| 47. Clean the walls | 395.12 SF | 0.33 | 0.45 | 26.18 | 157.02 | (0.00) | 157.02 |
| 48. Seal the walls w/latex based stain blocker - one coat | 395.12 SF | 0.50 | 3.18 | 40.16 | 240.90 | (0.00) | 240.90 |
| 49. Paint the walls - two coats | 395.12 SF | 0.80 | 9.09 | 65.04 | 390.23 | (0.00) | 390.23 |
| 50. Paint door or window opening - 2 coats (per side) | 3.00 EA | 25.52 | 1.40 | 15.60 | 93.56 | (0.00) | 93.56 |
| 51. Seal & paint window sill | 12.00 LF | 2.09 | 0.32 | 5.08 | 30.48 | (0.00) | 30.48 |
| 52. Window blind - single cell - 7.1 to 14 SF | 3.00 EA | 28.79 | 0.00 | 17.28 | 103.65 | (0.00) | 103.65 |
| 53. Baseboard - 3 1/4" | 49.39 LF | 3.30 | 6.99 | 34.00 | 203.98 | (0.00) | 203.98 |
| 54. Paint baseboard - two coats | 49.39 LF | 1.18 | 0.68 | 11.80 | 70.76 | (0.00) | 70.76 |
| 55. Ceramic/porcelain tile | 144.00 SF | 10.98 | 73.03 | 330.82 | 1,984.97 | (0.00) | 1,984.97 |
| Around the fireplace | | | | | | | |
| Floor | | | | | | | |
| 56. Carpet | 302.83 SF | 0.24 | 0.00 | 14.54 | 87.22 | (0.00) | 87.22 |
| 57. Carpet pad | 302.83 SF | 0.67 | 16.72 | 43.92 | 263.53 | (0.00) | 263.53 |
| 58. Carpet | 369.83 SF | 3.34 | 114.41 | 269.92 | 1,619.56 | (0.00) | 1,619.56 |
| 59. Final cleaning - construction - Residential | 302.83 SF | 0.24 | 0.00 | 14.54 | 87.22 | (0.00) | 87.22 |
| **Totals: Living Room** | | | **344.88** | **1,675.88** | **10,055.25** | **0.00** | **10,055.25** |

### Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com



| DIning Area | | | | | | Height: 8' | |
|---|---|---|---|---|---|---|---|

290.88 SF Walls
460.76 SF Walls & Ceiling
18.88 SY Flooring
36.36 LF Ceil. Perimeter

169.88 SF Ceiling
169.88 SF Floor
36.36 LF Floor Perimeter

| Missing Wall | 5' 4 15/16" X 8' | Opens into LIVING_ROOM |
|---|---|---|
| Missing Wall | 7' 1" X 8' | Opens into HALLWAY2 |
| Missing Wall | 14' 1" X 8' | Opens into LIVING_ROOM |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Ceiling | | | | | | | |
| 60.  5/8" drywall - hung, taped, ready for texture | 169.88 SF | 2.13 | 11.72 | 74.72 | 448.29 | (0.00) | 448.29 |
| 61.  Texture drywall - light hand texture | 169.88 SF | 0.47 | 0.98 | 16.16 | 96.98 | (0.00) | 96.98 |
| 62.  Seal floor or ceiling joist system | 169.88 SF | 1.02 | 4.30 | 35.52 | 213.10 | (0.00) | 213.10 |
| Per Benjamin Moore Proper Application includes; Clean Surface, Prime Surface, and Two Coats Of Topcoat | | | | | | | |
| 63.  Clean the ceiling | 169.88 SF | 0.33 | 0.20 | 11.26 | 67.52 | (0.00) | 67.52 |
| 64.  Seal the ceiling w/latex based stain blocker - one coat | 169.88 SF | 0.50 | 1.37 | 17.26 | 103.57 | (0.00) | 103.57 |
| 65.  Paint the ceiling - two coats | 169.88 SF | 0.80 | 3.91 | 27.96 | 167.77 | (0.00) | 167.77 |
| 66.  Hanging light fixture | 1.00 EA | 50.26 | 0.00 | 10.06 | 60.32 | (0.00) | 60.32 |
| Wall | | | | | | | |
| 67.  Crown molding - 3 1/4" | 36.36 LF | 4.29 | 6.11 | 32.42 | 194.51 | (0.00) | 194.51 |
| 68.  Seal & paint crown molding - two coats | 36.36 LF | 1.25 | 0.54 | 9.20 | 55.19 | (0.00) | 55.19 |
| 69.  Batt insulation - 4" - R15 - paper / foil faced | 290.88 SF | 1.28 | 26.43 | 79.74 | 478.49 | (0.00) | 478.49 |
| 70.  1/2" drywall - hung, taped, ready for texture | 290.88 SF | 2.01 | 17.39 | 120.40 | 722.46 | (0.00) | 722.46 |
| 71.  Texture drywall - light hand texture | 290.88 SF | 0.47 | 1.67 | 27.68 | 166.06 | (0.00) | 166.06 |
| 72.  Seal stud wall for odor control | 290.88 SF | 0.73 | 5.69 | 43.60 | 261.63 | (0.00) | 261.63 |
| Per Benjamin Moore Proper Application includes; Clean Surface, Prime Surface, and Two Coats Of Topcoat | | | | | | | |
| 73.  Clean the walls | 290.88 SF | 0.33 | 0.33 | 19.26 | 115.58 | (0.00) | 115.58 |
| 74.  Seal the walls w/latex based stain blocker - one coat | 290.88 SF | 0.50 | 2.34 | 29.54 | 177.32 | (0.00) | 177.32 |
| 75.  Paint the walls - two coats | 290.88 SF | 0.80 | 6.69 | 47.88 | 287.27 | (0.00) | 287.27 |
| 76.  Paint door slab only - 2 coats (per side) | 3.00 EA | 30.60 | 2.34 | 18.82 | 112.96 | (0.00) | 112.96 |
| 77.  Paint door or window opening - 2 coats (per side) | 3.00 EA | 25.52 | 1.40 | 15.60 | 93.56 | (0.00) | 93.56 |
| 78.  Seal & paint window sill | 3.00 LF | 2.09 | 0.08 | 1.28 | 7.63 | (0.00) | 7.63 |
| 79.  Window blind - single cell - 7.1 to 14 SF | 1.00 EA | 28.79 | 0.00 | 5.76 | 34.55 | (0.00) | 34.55 |
| 80.  Baseboard - 3 1/4" | 36.36 LF | 3.30 | 5.14 | 25.02 | 150.15 | (0.00) | 150.15 |
| 81.  Paint baseboard - two coats | 36.36 LF | 1.18 | 0.50 | 8.68 | 52.08 | (0.00) | 52.08 |

## Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

### CONTINUED - DIning Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Floor | | | | | | | |
| 82.  Pre-finished solid wood flooring | 169.88 SF | 10.77 | 104.13 | 386.76 | 2,320.50 | (0.00) | 2,320.50 |
| 83.  Add for glued down application over concrete substrate | 169.88 SF | 2.48 | 17.00 | 87.66 | 525.96 | (0.00) | 525.96 |
| 84.  Final cleaning - construction - Residential | 169.88 SF | 0.24 | 0.00 | 8.16 | 48.93 | (0.00) | 48.93 |
| **Totals:  DIning Area** | | | **220.26** | **1,160.40** | **6,962.38** | **0.00** | **6,962.38** |



| **Hallway** | | | | | | **Height: 8'** | |
|---|---|---|---|---|---|---|---|

| 232.69  SF Walls | 95.52  SF Ceiling |
|---|---|
| 328.21  SF Walls & Ceiling | 95.52  SF Floor |
| 10.61  SY Flooring | 29.09  LF Floor Perimeter |
| 29.09  LF Ceil. Perimeter | |

| **Missing Wall** | **5' 11 5/8" X 8'** | **Opens into ENTRY2** |
|---|---|---|
| **Missing Wall** | **7' 1" X 8'** | **Opens into DINING_AREA** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Ceiling | | | | | | | |
| Per Benjamin Moore Proper Application includes; Clean Surface, Prime Surface, and Two Coats Of Topcoat | | | | | | | |
| 85.  Clean the ceiling | 95.52 SF | 0.33 | 0.11 | 6.32 | 37.95 | (0.00) | 37.95 |
| 86.  Seal the ceiling w/latex based stain blocker - one coat | 95.52 SF | 0.50 | 0.77 | 9.72 | 58.25 | (0.00) | 58.25 |
| 87.  Paint the ceiling - two coats | 95.52 SF | 0.80 | 2.20 | 15.72 | 94.34 | (0.00) | 94.34 |
| 88.  Hanging light fixture | 1.00 EA | 50.26 | 0.00 | 10.06 | 60.32 | (0.00) | 60.32 |
| Wall | | | | | | | |
| 89.  Crown molding - 3 1/4" | 29.09 LF | 4.29 | 4.88 | 25.94 | 155.61 | (0.00) | 155.61 |
| 90.  Seal & paint crown molding - two coats | 29.09 LF | 1.25 | 0.43 | 7.36 | 44.15 | (0.00) | 44.15 |
| Per Benjamin Moore Proper Application includes; Clean Surface, Prime Surface, and Two Coats Of Topcoat | | | | | | | |
| 91.  Clean the walls | 232.69 SF | 0.33 | 0.27 | 15.42 | 92.48 | (0.00) | 92.48 |
| 92.  Seal the walls w/latex based stain blocker - one coat | 232.69 SF | 0.50 | 1.87 | 23.66 | 141.88 | (0.00) | 141.88 |
| 93.  Paint the walls - two coats | 232.69 SF | 0.80 | 5.35 | 38.32 | 229.82 | (0.00) | 229.82 |
| 94.  Paint door slab only - 2 coats (per side) | 1.00 EA | 30.60 | 0.78 | 6.28 | 37.66 | (0.00) | 37.66 |

## Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

**CONTINUED - Hallway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 95.  Paint door or window opening - 2 coats (per side) | 1.00 EA | 25.52 | 0.47 | 5.20 | 31.19 | (0.00) | 31.19 |
| 96.  Baseboard - 3 1/4" | 29.09 LF | 3.30 | 4.11 | 20.02 | 120.13 | (0.00) | 120.13 |
| 97.  Paint baseboard - two coats | 29.09 LF | 1.18 | 0.40 | 6.94 | 41.67 | (0.00) | 41.67 |
| Floor | | | | | | | |
| 98.  Pre-finished solid wood flooring | 95.52 SF | 10.77 | 58.55 | 217.48 | 1,304.78 | (0.00) | 1,304.78 |
| 99.  Add for glued down application over concrete substrate | 95.52 SF | 2.48 | 9.56 | 49.30 | 295.75 | (0.00) | 295.75 |
| 100.  Final cleaning - construction - Residential | 95.52 SF | 0.24 | 0.00 | 4.58 | 27.50 | (0.00) | 27.50 |
| **Totals:  Hallway** | | | **89.75** | **462.32** | **2,773.48** | **0.00** | **2,773.48** |



| **Entry** | | | | | | **Height: 8'** | |
|---|---|---|---|---|---|---|---|

| | 130.33 SF Walls | | | 52.22 SF Ceiling | |
|---|---|---|---|---|---|
| | 182.55 SF Walls & Ceiling | | | 52.22 SF Floor | |
| | 5.80 SY Flooring | | | 16.29 LF Floor Perimeter | |
| | 16.29 LF Ceil. Perimeter | | | | |

| **Missing Wall** | **7' X 8'** | **Opens into FORMAL_DININ** |
|---|---|---|
| **Missing Wall** | **5' 11 5/8'' X 8'** | **Opens into HALLWAY2** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Wall | | | | | | | |
| 101.  Seal & paint crown molding - two coats | 16.29 LF | 1.25 | 0.24 | 4.12 | 24.72 | (0.00) | 24.72 |
| Per Benjamin Moore Proper Application includes; Clean Surface, Prime Surface, and Two Coats Of Topcoat | | | | | | | |
| 102.  Clean the walls | 130.33 SF | 0.33 | 0.15 | 8.64 | 51.80 | (0.00) | 51.80 |
| 103.  Seal the walls w/latex based stain blocker - one coat | 130.33 SF | 0.50 | 1.05 | 13.26 | 79.48 | (0.00) | 79.48 |
| 104.  Paint the walls - two coats | 130.33 SF | 0.80 | 3.00 | 21.46 | 128.72 | (0.00) | 128.72 |
| 105.  Paint door slab only - 2 coats (per side) | 1.00 EA | 30.60 | 0.78 | 6.28 | 37.66 | (0.00) | 37.66 |
| 106.  Paint door or window opening - 2 coats (per side) | 1.00 EA | 25.52 | 0.47 | 5.20 | 31.19 | (0.00) | 31.19 |
| 107.  Paint baseboard - two coats | 16.29 LF | 1.18 | 0.22 | 3.88 | 23.32 | (0.00) | 23.32 |
| Floor | | | | | | | |
| 108.  Clean ceramic tile | 52.22 SF | 0.49 | 0.06 | 5.14 | 30.79 | (0.00) | 30.79 |

## Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

### CONTINUED - Entry

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 109.  Grout sealer | 52.22 SF | 0.89 | 0.96 | 9.50 | 56.94 | (0.00) | 56.94 |
| 110.  Final cleaning - construction - Residential | 52.22 SF | 0.24 | 0.00 | 2.50 | 15.03 | (0.00) | 15.03 |
| **Totals:  Entry** | | | **6.93** | **79.98** | **479.65** | **0.00** | **479.65** |



| Formal Dining | | | | | | | Height: 8' |
|---|---|---|---|---|---|---|---|

|  | |
|---|---|
| 557.89  SF Walls | 283.40  SF Ceiling |
| 841.28  SF Walls & Ceiling | 284.40  SF Floor |
| 31.60  SY Flooring | 67.42  LF Floor Perimeter |
| 81.33  LF Ceil. Perimeter | |

| **Missing Wall** | **7' X 8'** | **Opens into ENTRY2** |
|---|---|---|
| **Missing Wall - Goes to Floor** | **13' 11" X 6' 8"** | **Opens into KITCHEN_DINI** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Wall | | | | | | | |
| 111.  Seal & paint crown molding - two coats | 81.33 LF | 1.25 | 1.22 | 20.58 | 123.46 | (0.00) | 123.46 |
| Per Benjamin Moore Proper Application includes; Clean Surface, Prime Surface, and Two Coats Of Topcoat | | | | | | | |
| 112.  Clean the walls | 557.89 SF | 0.33 | 0.64 | 36.94 | 221.68 | (0.00) | 221.68 |
| 113.  Seal the walls w/latex based stain blocker - one coat | 557.89 SF | 0.50 | 4.49 | 56.70 | 340.14 | (0.00) | 340.14 |
| 114.  Paint the walls - two coats | 557.89 SF | 0.80 | 12.83 | 91.82 | 550.96 | (0.00) | 550.96 |
| 115.  Paint door or window opening - 2 coats (per side) | 2.00 EA | 25.52 | 0.93 | 10.38 | 62.35 | (0.00) | 62.35 |
| 116.  Window blind - single cell - 7.1 to 14 SF | 1.00 EA | 28.79 | 0.00 | 5.76 | 34.55 | (0.00) | 34.55 |
| 117.  Paint chair rail - two coats | 67.42 LF | 1.19 | 1.01 | 16.24 | 97.48 | (0.00) | 97.48 |
| 118.  Paint baseboard - two coats | 67.42 LF | 1.18 | 0.93 | 16.10 | 96.59 | (0.00) | 96.59 |
| Floor | | | | | | | |
| 119.  Final cleaning - construction - Residential | 284.40 SF | 0.24 | 0.00 | 13.66 | 81.92 | (0.00) | 81.92 |
| **Totals:  Formal Dining** | | | **22.05** | **268.18** | **1,609.13** | **0.00** | **1,609.13** |

## Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com



| Kitchen/Dining | | Height: 8' |
|---|---|---|
| 548.56 SF Walls | 313.00 SF Ceiling | |
| 861.56 SF Walls & Ceiling | 313.00 SF Floor | |
| 34.78 SY Flooring | 66.25 LF Floor Perimeter | |
| 80.17 LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**  13' 11" X 6' 8"     Opens into FORMAL_DININ

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Ceiling | | | | | | | |
| 120.  5/8" drywall - hung, taped, ready for texture | 32.00 SF | 2.13 | 2.21 | 14.06 | 84.43 | (0.00) | 84.43 |
| 121.  Texture drywall - light hand texture | 32.00 SF | 0.47 | 0.18 | 3.04 | 18.26 | (0.00) | 18.26 |
| 122.  Seal floor or ceiling joist system | 32.00 SF | 1.02 | 0.81 | 6.68 | 40.13 | (0.00) | 40.13 |
| Per Benjamin Moore Proper Application includes; Clean Surface, Prime Surface, and Two Coats Of Topcoat | | | | | | | |
| 123.  Clean the ceiling | 313.00 SF | 0.33 | 0.36 | 20.74 | 124.39 | (0.00) | 124.39 |
| 124.  Seal the ceiling w/latex based stain blocker - one coat | 313.00 SF | 0.50 | 2.52 | 31.80 | 190.82 | (0.00) | 190.82 |
| 125.  Paint the ceiling - two coats | 313.00 SF | 0.80 | 7.20 | 51.52 | 309.12 | (0.00) | 309.12 |
| 126.  Light fixture | 1.00 EA | 50.26 | 0.00 | 10.06 | 60.32 | (0.00) | 60.32 |
| 127.  Fluorescent light fixture - High grade | 2.00 EA | 72.96 | 0.00 | 29.18 | 175.10 | (0.00) | 175.10 |
| 128.  Smoke detector | 1.00 EA | 48.65 | 0.00 | 9.74 | 58.39 | (0.00) | 58.39 |
| Wall | | | | | | | |
| 129.  Crown molding - 3 1/4" MDF - w/detail | 80.17 LF | 3.15 | 0.18 | 50.54 | 303.26 | (0.00) | 303.26 |
| 130.  Seal & paint crown molding - two coats | 80.17 LF | 1.25 | 1.20 | 20.28 | 121.69 | (0.00) | 121.69 |
| Per Benjamin Moore Proper Application includes; Clean Surface, Prime Surface, and Two Coats Of Topcoat | | | | | | | |
| 131.  Clean the walls | 548.56 SF | 0.33 | 0.63 | 36.32 | 217.97 | (0.00) | 217.97 |
| 132.  Seal the walls w/latex based stain blocker - one coat | 548.56 SF | 0.50 | 4.42 | 55.74 | 334.44 | (0.00) | 334.44 |
| 133.  Painting - Faux (special effects) - 2 part | 548.56 SF | 1.94 | 11.99 | 215.24 | 1,291.44 | (0.00) | 1,291.44 |
| 134.  Paint door or window opening - 2 coats (per side) | 4.00 EA | 25.52 | 1.87 | 20.80 | 124.75 | (0.00) | 124.75 |
| 135.  Window blind - single cell - 7.1 to 14 SF | 1.00 EA | 28.79 | 0.00 | 5.76 | 34.55 | (0.00) | 34.55 |
| 136.  Paint door slab only - 2 coats (per side) | 4.00 EA | 30.60 | 3.11 | 25.10 | 150.61 | (0.00) | 150.61 |
| 137.  Paint baseboard - two coats | 66.25 LF | 1.18 | 0.91 | 15.82 | 94.91 | (0.00) | 94.91 |
| Floor | | | | | | | |
| 138.  Final cleaning - construction - Residential | 313.00 SF | 0.24 | 0.00 | 15.02 | 90.14 | (0.00) | 90.14 |

| Totals:  Kitchen/Dining | | | 37.59 | 637.44 | 3,824.72 | 0.00 | 3,824.72 |
|---|---|---|---|---|---|---|---|

| Total:  1st Floor | | | 721.46 | 4,284.20 | 25,704.61 | 0.00 | 25,704.61 |
|---|---|---|---|---|---|---|---|

### Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

**2nd Floor**



| | | | Family Room | | | Height: Attic |
|---|---|---|---|---|---|---|
| 700.31 SF Walls | | | | 508.30 SF Ceiling | | |
| 1208.60 SF Walls & Ceiling | | | | 487.86 SF Floor | | |
| 54.21 SY Flooring | | | | 90.50 LF Floor Perimeter | | |
| 95.94 LF Ceil. Perimeter | | | | | | |

**Missing Wall - Goes to Floor**  4' 2" X 6' 8"  **Opens into HALLWAY**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Wall | | | | | | | |
| Per Benjamin Moore Proper Application includes; Clean Surface, Prime Surface, and Two Coats Of Topcoat | | | | | | | |
| 139. Clean the walls | 700.31 SF | 0.33 | 0.81 | 46.38 | 278.29 | (0.00) | 278.29 |
| 140. Seal the walls w/latex based stain blocker - one coat | 700.31 SF | 0.50 | 5.64 | 71.16 | 426.96 | (0.00) | 426.96 |
| 141. Paint the walls - two coats | 700.31 SF | 0.80 | 16.11 | 115.28 | 691.64 | (0.00) | 691.64 |
| 142. Paint door or window opening - 2 coats (per side) | 3.00 EA | 25.52 | 1.40 | 15.60 | 93.56 | (0.00) | 93.56 |
| 143. Paint door slab only - 2 coats (per side) | 2.00 EA | 30.60 | 1.56 | 12.56 | 75.32 | (0.00) | 75.32 |
| 144. Window blind - single cell - 7.1 to 14 SF | 2.00 EA | 28.79 | 0.00 | 11.52 | 69.10 | (0.00) | 69.10 |
| 145. Paint baseboard - two coats | 90.50 LF | 1.18 | 1.25 | 21.62 | 129.66 | (0.00) | 129.66 |
| Floor | | | | | | | |
| 146. Carpet | 487.86 SF | 0.24 | 0.00 | 23.42 | 140.51 | (0.00) | 140.51 |
| 147. Carpet | 563.08 SF | 3.34 | 174.19 | 410.98 | 2,465.86 | (0.00) | 2,465.86 |
| 148. Carpet pad | 487.86 SF | 0.67 | 26.93 | 70.76 | 424.56 | (0.00) | 424.56 |
| 149. Final cleaning - construction - Residential | 487.86 SF | 0.24 | 0.00 | 23.42 | 140.51 | (0.00) | 140.51 |
| **Totals: Family Room** | | | **227.89** | **822.70** | **4,935.97** | **0.00** | **4,935.97** |

| | | | Hallway | | | Height: 8' |
|---|---|---|---|---|---|---|
| 444.99 SF Walls | | | | 120.79 SF Ceiling | | |
| 565.78 SF Walls & Ceiling | | | | 120.79 SF Floor | | |
| 13.42 SY Flooring | | | | 54.93 LF Floor Perimeter | | |
| 59.10 LF Ceil. Perimeter | | | | | | |

**Missing Wall - Goes to Floor**  4' 2" X 6' 8"  **Opens into FAMILY_ROOM2**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Wall | | | | | | | |

## Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

**CONTINUED - Hallway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Per Benjamin Moore Proper Application includes; Clean Surface, Prime Surface, and Two Coats Of Topcoat | | | | | | | |
| 150.  Clean the walls | 444.99 SF | 0.33 | 0.51 | 29.48 | 176.84 | (0.00) | 176.84 |
| 151.  Seal the walls w/latex based stain blocker - one coat | 444.99 SF | 0.50 | 3.58 | 45.22 | 271.30 | (0.00) | 271.30 |
| 152.  Paint the walls - two coats | 444.99 SF | 0.80 | 10.24 | 73.24 | 439.47 | (0.00) | 439.47 |
| 153.  Paint door or window opening - 2 coats (per side) | 3.00 EA | 25.52 | 1.40 | 15.60 | 93.56 | (0.00) | 93.56 |
| 154.  Paint door slab only - 2 coats (per side) | 2.00 EA | 30.60 | 1.56 | 12.56 | 75.32 | (0.00) | 75.32 |
| 155.  Window blind - single cell - 7.1 to 14 SF | 2.00 EA | 28.79 | 0.00 | 11.52 | 69.10 | (0.00) | 69.10 |
| 156.  Paint baseboard - two coats | 54.93 LF | 1.18 | 0.76 | 13.12 | 78.70 | (0.00) | 78.70 |
| Floor | | | | | | | |
| 157.  Carpet | 120.79 SF | 0.24 | 0.00 | 5.80 | 34.79 | (0.00) | 34.79 |
| 158.  Carpet pad | 120.79 SF | 0.67 | 6.67 | 17.54 | 105.14 | (0.00) | 105.14 |
| 159.  Carpet | 189.83 SF | 3.34 | 58.72 | 138.54 | 831.29 | (0.00) | 831.29 |
| 160.  Final cleaning - construction - Residential | 120.79 SF | 0.24 | 0.00 | 5.80 | 34.79 | (0.00) | 34.79 |
| **Totals:  Hallway** | | | **83.44** | **368.42** | **2,210.30** | **0.00** | **2,210.30** |



| **Bedroom 1** | | | | | | **Height: 8'** | |
|---|---|---|---|---|---|---|---|

413.33  SF Walls              147.33  SF Ceiling
560.67  SF Walls & Ceiling    147.33  SF Floor
16.37  SY Flooring            51.67  LF Floor Perimeter
51.67  LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Wall | | | | | | | |
| 161.  Paint door or window opening - 2 coats (per side) | 2.00 EA | 25.52 | 0.93 | 10.38 | 62.35 | (0.00) | 62.35 |
| 162.  Paint door slab only - 2 coats (per side) | 1.00 EA | 30.60 | 0.78 | 6.28 | 37.66 | (0.00) | 37.66 |
| 163.  Paint bifold door set - slab only - 2 coats (per side) | 2.00 EA | 41.08 | 3.03 | 17.04 | 102.23 | (0.00) | 102.23 |
| 164.  Paint baseboard - two coats | 51.67 LF | 1.18 | 0.71 | 12.34 | 74.02 | (0.00) | 74.02 |
| Floor | | | | | | | |

### Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

**CONTINUED - Bedroom 1**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 165.  Carpet | 147.33 SF | 0.24 | 0.00 | 7.08 | 42.44 | (0.00) | 42.44 |
| 166.  Carpet pad | 147.33 SF | 0.67 | 8.13 | 21.36 | 128.20 | (0.00) | 128.20 |
| 167.  Carpet | 211.75 SF | 3.34 | 65.51 | 154.56 | 927.32 | (0.00) | 927.32 |
| 168.  Final cleaning - construction - Residential | 147.33 SF | 0.24 | 0.00 | 7.08 | 42.44 | (0.00) | 42.44 |
| **Totals:  Bedroom 1** | | | **79.09** | **236.12** | **1,416.66** | **0.00** | **1,416.66** |

| | Closet 1 | | | | | Height: 8' |



154.67  SF Walls
170.00  SF Walls & Ceiling
1.70  SY Flooring
19.33  LF Ceil. Perimeter

15.33  SF Ceiling
15.33  SF Floor
19.33  LF Floor Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Wall | | | | | | | |
| 169.  Paint door or window opening - 2 coats (per side) | 1.00 EA | 25.52 | 0.47 | 5.20 | 31.19 | (0.00) | 31.19 |
| 170.  Paint bifold door set - slab only - 2 coats (per side) | 2.00 EA | 41.08 | 3.03 | 17.04 | 102.23 | (0.00) | 102.23 |
| 171.  Paint baseboard - two coats | 19.33 LF | 1.18 | 0.27 | 4.62 | 27.70 | (0.00) | 27.70 |
| Floor | | | | | | | |
| 172.  Carpet | 15.33 SF | 0.24 | 0.00 | 0.74 | 4.42 | (0.00) | 4.42 |
| 173.  Carpet pad | 15.33 SF | 0.67 | 0.85 | 2.22 | 13.34 | (0.00) | 13.34 |
| 174.  Carpet | 71.75 SF | 3.34 | 22.20 | 52.38 | 314.23 | (0.00) | 314.23 |
| 175.  Final cleaning - construction - Residential | 15.33 SF | 0.24 | 0.00 | 0.74 | 4.42 | (0.00) | 4.42 |
| **Totals:  Closet 1** | | | **26.82** | **82.94** | **497.53** | **0.00** | **497.53** |

**Claim Advisors, LLC**

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com



**Bedroom 2**                                                    **Height: 8'**

| | | |
|---|---|---|
| 413.33 SF Walls | 166.00 SF Ceiling | |
| 579.33 SF Walls & Ceiling | 166.00 SF Floor | |
| 18.44 SY Flooring | 51.67 LF Floor Perimeter | |
| 51.67 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Wall** | | | | | | | |
| 176. Paint door or window opening - 2 coats (per side) | 2.00 EA | 25.52 | 0.93 | 10.38 | 62.35 | (0.00) | 62.35 |
| 177. Paint door slab only - 2 coats (per side) | 1.00 EA | 30.60 | 0.78 | 6.28 | 37.66 | (0.00) | 37.66 |
| 178. Paint bifold door set - slab only - 2 coats (per side) | 2.00 EA | 41.08 | 3.03 | 17.04 | 102.23 | (0.00) | 102.23 |
| 179. Paint baseboard - two coats | 51.67 LF | 1.18 | 0.71 | 12.34 | 74.02 | (0.00) | 74.02 |
| **Floor** | | | | | | | |
| 180. Carpet | 166.00 SF | 0.24 | 0.00 | 7.96 | 47.80 | (0.00) | 47.80 |
| 181. Carpet pad | 166.00 SF | 0.67 | 9.16 | 24.08 | 144.46 | (0.00) | 144.46 |
| 182. Carpet | 223.25 SF | 3.34 | 69.06 | 162.96 | 977.68 | (0.00) | 977.68 |
| 183. Final cleaning - construction - Residential | 166.00 SF | 0.24 | 0.00 | 7.96 | 47.80 | (0.00) | 47.80 |
| **Totals: Bedroom 2** | | | **83.67** | **249.00** | **1,494.00** | **0.00** | **1,494.00** |



**Closet 2**                                                    **Height: 8'**

| | | |
|---|---|---|
| 124.56 SF Walls | 11.57 SF Ceiling | |
| 136.13 SF Walls & Ceiling | 11.57 SF Floor | |
| 1.29 SY Flooring | 15.57 LF Floor Perimeter | |
| 15.57 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Wall** | | | | | | | |
| 184. Paint door or window opening - 2 coats (per side) | 1.00 EA | 25.52 | 0.47 | 5.20 | 31.19 | (0.00) | 31.19 |
| 185. Paint bifold door set - slab only - 2 coats (per side) | 2.00 EA | 41.08 | 3.03 | 17.04 | 102.23 | (0.00) | 102.23 |
| 186. Paint baseboard - two coats | 15.57 LF | 1.18 | 0.22 | 3.72 | 22.31 | (0.00) | 22.31 |
| **Floor** | | | | | | | |
| 187. Carpet | 11.57 SF | 0.24 | 0.00 | 0.56 | 3.34 | (0.00) | 3.34 |
| 188. Carpet pad | 11.57 SF | 0.67 | 0.64 | 1.68 | 10.07 | (0.00) | 10.07 |
| 189. Carpet | 68.08 SF | 3.34 | 21.06 | 49.70 | 298.15 | (0.00) | 298.15 |

### Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

**CONTINUED - Closet 2**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 190. Final cleaning - construction - Residential | 11.57 SF | 0.24 | 0.00 | 0.56 | 3.34 | (0.00) | 3.34 |
| **Totals: Closet 2** | | | **25.42** | **78.46** | **470.63** | **0.00** | **470.63** |



**Master Bedroom**     **Height: 8'**

562.67 SF Walls     309.17 SF Ceiling
871.84 SF Walls & Ceiling     309.17 SF Floor
34.35 SY Flooring     70.33 LF Floor Perimeter
70.33 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Wall** | | | | | | | |
| 191. 1/2" - drywall per LF - up to 4' tall | 12.00 LF | 13.23 | 2.97 | 32.34 | 194.07 | (0.00) | 194.07 |
| Per Benjamin Moore Proper Application includes; Clean Surface, Prime Surface, and Two Coats Of Topcoat | | | | | | | |
| 192. Clean the walls | 562.67 SF | 0.33 | 0.65 | 37.28 | 223.61 | (0.00) | 223.61 |
| 193. Seal the walls w/latex based stain blocker - one coat | 562.67 SF | 0.50 | 4.53 | 57.16 | 343.03 | (0.00) | 343.03 |
| 194. Paint the walls - two coats | 562.67 SF | 0.80 | 12.94 | 92.60 | 555.68 | (0.00) | 555.68 |
| 195. Casing - 2 1/4" | 21.00 LF | 2.41 | 2.68 | 10.66 | 63.95 | (0.00) | 63.95 |
| 196. Paint door or window opening - 2 coats (per side) | 5.00 EA | 25.52 | 2.33 | 25.98 | 155.91 | (0.00) | 155.91 |
| 197. Paint door slab only - 2 coats (per side) | 3.00 EA | 30.60 | 2.34 | 18.82 | 112.96 | (0.00) | 112.96 |
| 198. Paint bifold door set - slab only - 2 coats (per side) | 1.00 EA | 41.08 | 1.51 | 8.52 | 51.11 | (0.00) | 51.11 |
| 199. Window blind - single cell - 7.1 to 14 SF | 2.00 EA | 28.79 | 0.00 | 11.52 | 69.10 | (0.00) | 69.10 |
| 200. Baseboard - 3 1/4" | 70.33 LF | 3.30 | 9.95 | 48.42 | 290.46 | (0.00) | 290.46 |
| 201. Paint baseboard - two coats | 70.33 LF | 1.18 | 0.97 | 16.80 | 100.76 | (0.00) | 100.76 |
| **Floor** | | | | | | | |
| 202. Sheathing - plywood - 3/4" - tongue and groove | 32.00 SF | 5.43 | 11.48 | 37.06 | 222.30 | (0.00) | 222.30 |
| 203. Screw down existing subfloor - eliminate floor squeaks | 309.17 SF | 0.64 | 3.20 | 40.22 | 241.29 | (0.00) | 241.29 |
| 204. Seal & paint plywood sheathing | 309.17 SF | 0.74 | 6.40 | 47.04 | 282.23 | (0.00) | 282.23 |
| 205. Carpet | 309.17 SF | 0.24 | 0.00 | 14.84 | 89.04 | (0.00) | 89.04 |

### Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

**CONTINUED - Master Bedroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 206.  Carpet pad | 309.17 SF | 0.67 | 17.07 | 44.84 | 269.06 | (0.00) | 269.06 |
| 207.  Carpet | 379.17 SF | 3.34 | 117.30 | 276.74 | 1,660.47 | (0.00) | 1,660.47 |
| 208.  Final cleaning - construction - Residential | 309.17 SF | 0.24 | 0.00 | 14.84 | 89.04 | (0.00) | 89.04 |
| **Totals:  Master Bedroom** | | | **196.32** | **835.68** | **5,014.07** | **0.00** | **5,014.07** |

**General**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 2.5 months | | | | | | | |
| 209.  Temporary toilet (per month) | 5.00 MO | 203.61 | 0.00 | 203.62 | 1,221.67 | (0.00) | 1,221.67 |
| 210.  Temporary hand washing station (per month) | 2.50 MO | 240.00 | 0.00 | 120.00 | 720.00 | (0.00) | 720.00 |
| 211.  Temporary power usage (per month) | 2.50 MO | 126.54 | 36.38 | 70.56 | 423.29 | (0.00) | 423.29 |
| 212.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 2.00 EA | 542.00 | 0.00 | 216.80 | 1,300.80 | (0.00) | 1,300.80 |
| **Progressive Cleanup and Traffic Control** | | | | | | | |
| 213.  General Laborer - per hour | 55.00 HR | 38.64 | 0.00 | 425.04 | 2,550.24 | (0.00) | 2,550.24 |
| 214.  Residential Supervision / Project Management - per hour | 55.00 HR | 63.74 | 0.00 | 701.14 | 4,206.84 | (0.00) | 4,206.84 |
| ....Life and Safety.... | | | | | | | |
| 215.  Hand Sanitizer Station 1 Per Floor | 2.50 MO | 68.50 | 0.00 | 34.26 | 205.51 | (0.00) | 205.51 |
| Below Mask is Two Change outs Per Person Per Working Day | | | | | | | |
| 216.  Personal protective mask | 440.00 EA | 1.19 | 0.00 | 104.72 | 628.32 | (0.00) | 628.32 |
| Same Math Applies | | | | | | | |
| 217.  Personal protective gloves - Disposable (per pair) | 440.00 EA | 1.19 | 0.00 | 104.72 | 628.32 | (0.00) | 628.32 |
| 218.  Job-site cargo/storage container - 20' long - per month | 2.50 MO | 112.00 | 32.20 | 62.44 | 374.64 | (0.00) | 374.64 |
| 219.  Job-site moving container - pick up/del. (ea. way) 12'-20' | 2.00 EA | 92.75 | 0.00 | 37.10 | 222.60 | (0.00) | 222.60 |
| **Totals:  General** | | | **68.58** | **2,080.40** | **12,482.23** | **0.00** | **12,482.23** |
| **Total:  2nd Floor** | | | **791.23** | **4,753.72** | **28,521.39** | **0.00** | **28,521.39** |
| **Line Item Totals:  VC-301RIDGECREST** | | | **4,786.17** | **24,166.94** | **186,263.01** | **0.00** | **186,263.01** |

**Claim Advisors, LLC**

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 4,969.33 | SF Walls | 2,495.34 | SF Ceiling | 7,464.67 | SF Walls and Ceiling |
| 2,475.90 | SF Floor | 275.10 | SY Flooring | 618.79 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 656.23 | LF Ceil. Perimeter |
| | | | | | |
| 2,475.90 | Floor Area | 2,661.98 | Total Area | 5,130.66 | Interior Wall Area |
| 4,122.40 | Exterior Wall Area | 462.68 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 150,694.92 | 80.90% | 150,694.92 | 80.90% |
| Other Structures | 35,568.09 | 19.10% | 35,568.09 | 19.10% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 186,263.01 | 100.00% | 186,263.01 | 100.00% |

**Claim Advisors, LLC**

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 126,748.86 |
| Material Sales Tax | 3,791.26 |
| Storage Rental Tax | 32.20 |
| Subtotal | 130,572.32 |
| Overhead | 10,061.30 |
| Profit | 10,061.30 |
| **Replacement Cost Value** | **$150,694.92** |
| **Net Claim** | **$150,694.92** |

Matt Clark
Estimator

**Claim Advisors, LLC**

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

### Summary for Other Structures

| | |
|---|---:|
| Line Item Total | 30,561.04 |
| Material Sales Tax | 962.71 |
| Subtotal | 31,523.75 |
| Overhead | 2,022.17 |
| Profit | 2,022.17 |
| **Replacement Cost Value** | **$35,568.09** |
| **Net Claim** | **$35,568.09** |

Matt Clark
Estimator

**Claim Advisors, LLC**

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

## Recap by Room

**Estimate: VC-301RIDGECREST**

| | | | | |
|---|---|---|---|---|
| **Roof** | | | **13,774.90** | **8.76%** |
| Coverage: Dwelling | 100.00% | = | 13,774.90 | |
| **Exterior** | | | **99,859.61** | **63.48%** |
| Coverage: Dwelling | 69.40% | = | 69,298.57 | |
| Coverage: Other Structures | 30.60% | = | 30,561.04 | |

**Area: 1st Floor**

| | | | | |
|---|---|---|---|---|
| **Living Room** | | | **8,034.49** | **5.11%** |
| Coverage: Dwelling | 100.00% | = | 8,034.49 | |
| **DIning Area** | | | **5,581.72** | **3.55%** |
| Coverage: Dwelling | 100.00% | = | 5,581.72 | |
| **Hallway** | | | **2,221.41** | **1.41%** |
| Coverage: Dwelling | 100.00% | = | 2,221.41 | |
| **Entry** | | | **392.74** | **0.25%** |
| Coverage: Dwelling | 100.00% | = | 392.74 | |
| **Formal Dining** | | | **1,318.90** | **0.84%** |
| Coverage: Dwelling | 100.00% | = | 1,318.90 | |
| **Kitchen/Dining** | | | **3,149.69** | **2.00%** |
| Coverage: Dwelling | 100.00% | = | 3,149.69 | |
| | | | | |
| **Area Subtotal:  1st Floor** | | | **20,698.95** | **13.16%** |
| Coverage: Dwelling | 100.00% | = | 20,698.95 | |

**Area: 2nd Floor**

| | | | | |
|---|---|---|---|---|
| **Family Room** | | | **3,885.38** | **2.47%** |
| Coverage: Dwelling | 100.00% | = | 3,885.38 | |
| **Hallway** | | | **1,758.44** | **1.12%** |
| Coverage: Dwelling | 100.00% | = | 1,758.44 | |
| **Bedroom 1** | | | **1,101.45** | **0.70%** |
| Coverage: Dwelling | 100.00% | = | 1,101.45 | |
| **Closet 1** | | | **387.77** | **0.25%** |
| Coverage: Dwelling | 100.00% | = | 387.77 | |
| **Bedroom 2** | | | **1,161.33** | **0.74%** |
| Coverage: Dwelling | 100.00% | = | 1,161.33 | |
| **Closet 2** | | | **366.75** | **0.23%** |
| Coverage: Dwelling | 100.00% | = | 366.75 | |
| **Master Bedroom** | | | **3,982.07** | **2.53%** |
| Coverage: Dwelling | 100.00% | = | 3,982.07 | |
| **General** | | | **10,333.25** | **6.57%** |
| Coverage: Dwelling | 100.00% | = | 10,333.25 | |

### Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

| | | | |
|---|---|---|---|
| **Area Subtotal:  2nd Floor** | | **22,976.44** | **14.61%** |
| Coverage: Dwelling | 100.00%  = | 22,976.44 | |
| **Subtotal of Areas** | | **157,309.90** | **100.00%** |
| Coverage: Dwelling | 80.57%  = | 126,748.86 | |
| Coverage: Other Structures | 19.43%  = | 30,561.04 | |
| **Total** | | **157,309.90** | **100.00%** |

**Claim Advisors, LLC**

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

## Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---:|---:|
| **CLEANING** | | | **2,728.36** | **1.46%** |
| Coverage: Dwelling | @ | 100.00% = | 2,728.36 | |
| **CONT: PACKING,HANDLNG,STORAGE** | | | **465.50** | **0.25%** |
| Coverage: Dwelling | @ | 100.00% = | 465.50 | |
| **GENERAL DEMOLITION** | | | **15,107.46** | **8.11%** |
| Coverage: Dwelling | @ | 58.68% = | 8,865.12 | |
| Coverage: Other Structures | @ | 41.32% = | 6,242.34 | |
| **DOORS** | | | **2,602.70** | **1.40%** |
| Coverage: Dwelling | @ | 100.00% = | 2,602.70 | |
| **DRYWALL** | | | **2,699.08** | **1.45%** |
| Coverage: Dwelling | @ | 100.00% = | 2,699.08 | |
| **ELECTRICAL** | | | **48.65** | **0.03%** |
| Coverage: Dwelling | @ | 100.00% = | 48.65 | |
| **ELECTRICAL - SPECIAL SYSTEMS** | | | **586.65** | **0.31%** |
| Coverage: Dwelling | @ | 100.00% = | 586.65 | |
| **FLOOR COVERING - CARPET** | | | **7,826.03** | **4.20%** |
| Coverage: Dwelling | @ | 100.00% = | 7,826.03 | |
| **FLOOR COVERING - CERAMIC TILE** | | | **46.48** | **0.02%** |
| Coverage: Dwelling | @ | 100.00% = | 46.48 | |
| **FLOOR COVERING - WOOD** | | | **2,611.54** | **1.40%** |
| Coverage: Dwelling | @ | 100.00% = | 2,611.54 | |
| **FENCING** | | | **13,016.70** | **6.99%** |
| Coverage: Other Structures | @ | 100.00% = | 13,016.70 | |
| **FINISH CARPENTRY / TRIMWORK** | | | **1,253.95** | **0.67%** |
| Coverage: Dwelling | @ | 100.00% = | 1,253.95 | |
| **FRAMING & ROUGH CARPENTRY** | | | **333.55** | **0.18%** |
| Coverage: Dwelling | @ | 100.00% = | 333.55 | |
| **HAZARDOUS MATERIAL REMEDIATION** | | | **1,047.20** | **0.56%** |
| Coverage: Dwelling | @ | 100.00% = | 1,047.20 | |
| **INSULATION** | | | **3,643.90** | **1.96%** |
| Coverage: Dwelling | @ | 100.00% = | 3,643.90 | |
| **LABOR ONLY** | | | **5,630.90** | **3.02%** |
| Coverage: Dwelling | @ | 100.00% = | 5,630.90 | |
| **LIGHT FIXTURES** | | | **926.48** | **0.50%** |
| Coverage: Dwelling | @ | 100.00% = | 926.48 | |
| **MASONRY** | | | **6,946.50** | **3.73%** |
| Coverage: Dwelling | @ | 100.00% = | 6,946.50 | |
| **PAINTING** | | | **10,957.03** | **5.88%** |
| Coverage: Dwelling | @ | 100.00% = | 10,957.03 | |
| **ROOFING** | | | **11,830.85** | **6.35%** |
| Coverage: Dwelling | @ | 100.00% = | 11,830.85 | |

### Claim Advisors, LLC

4655 South Columbia Ave.
Tulsa, OK 74105
Phone | 972.266.4950
Email | Brook@claimadvisorsllc.com

| O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **SIDING** | | | | **16,149.36** | **8.67%** |
| Coverage: Dwelling | @ | 100.00% | = | 16,149.36 | |
| **SOFFIT, FASCIA, & GUTTER** | | | | **5,786.18** | **3.11%** |
| Coverage: Dwelling | @ | 100.00% | = | 5,786.18 | |
| **TILE** | | | | **1,350.72** | **0.73%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,350.72 | |
| **TEMPORARY REPAIRS** | | | | **2,105.65** | **1.13%** |
| Coverage: Dwelling | @ | 100.00% | = | 2,105.65 | |
| **WINDOW TREATMENT** | | | | **345.48** | **0.19%** |
| Coverage: Dwelling | @ | 100.00% | = | 345.48 | |
| **O&P Items Subtotal** | | | | **116,046.90** | **62.30%** |

| Non-O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **FRAMING & ROUGH CARPENTRY** | | | | **29,961.00** | **16.09%** |
| Coverage: Dwelling | @ | 100.00% | = | 29,961.00 | |
| **SWIMMING POOLS & SPAS** | | | | **11,302.00** | **6.07%** |
| Coverage: Other Structures | @ | 100.00% | = | 11,302.00 | |
| **Non-O&P Items Subtotal** | | | | **41,263.00** | **22.15%** |
| **O&P Items Subtotal** | | | | **116,046.90** | **62.30%** |
| **Material Sales Tax** | | | | **4,753.97** | **2.55%** |
| Coverage: Dwelling | @ | 79.75% | = | 3,791.26 | |
| Coverage: Other Structures | @ | 20.25% | = | 962.71 | |
| **Storage Rental Tax** | | | | **32.20** | **0.02%** |
| Coverage: Dwelling | @ | 100.00% | = | 32.20 | |
| **Overhead** | | | | **12,083.47** | **6.49%** |
| Coverage: Dwelling | @ | 83.26% | = | 10,061.30 | |
| Coverage: Other Structures | @ | 16.74% | = | 2,022.17 | |
| **Profit** | | | | **12,083.47** | **6.49%** |
| Coverage: Dwelling | @ | 83.26% | = | 10,061.30 | |
| Coverage: Other Structures | @ | 16.74% | = | 2,022.17 | |
| **Total** | | | | **186,263.01** | **100.00%** |



Dining Area

Living Room

Kitchen/Dining

Hallway

Entry

Formal Dining



Case 4:22-cv-00135-GKF-CDL Document 2-6 Filed in USDC ND/OK on 03/28/22 Page 24 of 24



Master Bedroom

Hallway

Closet 2

Closet 1

Family Room

Bedroom 1

Bedroom 2



N

2nd Floor